JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAN LIU, | Case No CV 23-01009-SPG-AFM |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| ALEJANDRO MAYORKAS, ET AL, | |
| Defendants. | |

THE COURT having ordered the Plaintiff to show cause in writing, not later than May 30, 2023, why this action should not be dismissed for lack of prosecution and Plaintiff having failed to respond,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedures.

Dated: June 23, 2023

Hon. Sherilyn Peace Garnett
U.S. District Judge